Fill in this Information to identify the case:

**Debtor 1**    Krystopher            Mccrea
First Name    Middle Name    Last Name

**Debtor 2**
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Washington (State)

Case number: 22-00825

---

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 8,874.90 |
|---|---|
| Claimant's Name: | Krystopher Mccrea |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 935 W 14th Pl<br>Kennewick, WA, 99337<br>509-678-8822 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [✓] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

22-00825-WLH13    Doc 46    Filed 07/10/23    Entered 07/10/23 08:54:11    Pg 1 of 3

## 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__Eastern__ District of __Washington__
920 W Riverside Ave. #300
Spokane, WA 99201

## 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 3rc 2023

_/s/ Krystopher McCrea_
Signature of Applicant

Krystopher Mccrea
Printed Name of Applicant

Address: 935 W 14th Pl
Kennewick, WA, 99337

Telephone: 509-678-8822

Email: krystomccrea088@gmail.com

## 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

## 6. Notarization

STATE OF __Washington__

COUNTY OF __Benton__

This Application for Unclaimed Funds, dated __7/3/2023__ was subscribed and sworn to before me this __3rd__ day of __July__, 20__23__ by

_/s/ Krystopher McCrea_

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _CAROLYN M_

My commission expires: May 1 2025

[Notary Seal:
Notary Public
State Of Washington
CAROLYN MASON
MY COMMISION EXPIRES
May 1, 2025]

## 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re: Krystopher Mccrea

Case No. _22-00825_

Chapter 13

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the __3rd__ day of __July__ 20__23__, a copy of the Application for Payment From Unclaimed Funds by __First Class USPS Mail__ was served on the United States Attorney for the Eastern District of Washington at the following address:

> Office of the United States Attorney
> Eastern District of Washington
> 920 W Riverside Ave. #300
> Spokane, WA 99201

Dated: __July 3rd__    By: _Krystopher McCrea_ (signature)