

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

Rev: 08/02/2023

In re:

**Krystopher Paul McCrea**
    Debtor(s)

Case Number: **22-00825-WLH13**

**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

To:
Krystopher Paul McCrea – applicant and owner of record
Patrick McBurney – debtor's counsel
Chapter 13 trustee
United States trustee
United States Attorney

The court requests each party listed above attend a hearing on the pending Application for Payment of Unclaimed Funds. *See* ECF No. 46. The applicant's failure to attend via video will result in denial of the application without further notice. The hearing is scheduled on August 22, 2023 at 10:30 a.m. at Zoomgov.com https://www.zoomgov.com/j/16011049490 before the Honorable Whitman L. Holt.

Date: August 4, 2023

CLERK OF COURT

/s/ Tyler Lindsey

Deputy Clerk

22-00825-WLH13    Doc 48    Filed 08/04/23    Entered 08/04/23 09:14:36    Pg 1 of 1